IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 17-cv-00456-STV

ROBERTA PACHECO,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

---

**TRIAL PREPARATION CONFERENCE ORDER**

---

Entered by U.S. Magistrate Judge Scott T. Varholak

This matter is before the Court on Plaintiff's Unopposed Motion to Hold the Trial in Grand Junction, Colorado (the "Motion") [#50]. Good cause appearing, the Motion is **GRANTED**.

It is hereby **ORDERED** that the trial set to commence on March 4, 2019 at 08:30 AM in Courtroom C203 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado is **VACATED** and **RESET** for a five-day Bench Trial to commence on **March 11, 2019 at 8:30 a.m.**, in the Wayne Aspinall Courthouse, 400 Rood Avenue Grand Junction, Colorado, before Magistrate Judge Scott T. Varholak.

It is further **ORDERED** that the Trial Preparation Conference set for February 19, 2019 at 11:00 AM is **VACATED** and **RESET** for **February 25, 2019 at 2:00 p.m.**, in Courtroom C203 of the Byron G. Rogers Courthouse, 1929 Stout Street, Denver, Colorado, before Magistrate Judge Scott T. Varholak. Counsel who will try the case must attend the trial preparation conference.

It is further **ORDERED**, pursuant to Section VI of Magistrate Judge Varholak's Civil Practice Standards:

(1) On or before **February 11, 2019,** the parties may each file a single motion *in limine*. Responses to the motions *in limine*, if any, shall be filed on or before **February 18, 2019**. No replies shall be filed without prior permission of the Court.

(2) On or before **February 18, 2019**, the parties shall file proposed witness and exhibit lists on the Electronic Court Filing system using the Court's preferred format**. Two days after the witness lists are filed**, each party shall file a statement estimating the amount of time that will be required for its cross-examination of each of the opposing party's witnesses. On or before **March 4, 2019**, the parties shall exchange the exhibits listed on their trial exhibit lists.

(3) On or before **February 20, 2019**, the parties shall file proposed findings of fact, conclusions of law and orders utilizing the Electronic Court Filing system and shall also email a copy of the documents in Microsoft Word format to Varholak_Chambers@cod.uscourts.gov. The parties may also file trial briefs not exceed ten pages in length by **February 20, 2019**.

All submissions must comply with the formatting requirements of Section VI of Magistrate Judge Varholak's Civil Practice Standards.

DATED: July 23, 2018					BY THE COURT:


							s/Scott T. Varholak
							United States Magistrate Judge